IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS PALOS,

      Plaintiff,

      v.

HOME DEPOT U.S.A., INC., and DOES 1-100,

      Defendants.
_____/

No. CIV S-10-1175 DAD

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

      Pursuant to the consents filed by the parties and the court's order filed June 11, 2010, this action has been reassigned to the undersigned for all further proceedings.

      In accordance with the provisions of Rule 16 of the Federal Rules of Civil Procedure, and good cause appearing, IT IS HEREBY ORDERED that:

      1. The Status (Pretrial Scheduling) Conference previously set for September 20, 2010, before the Honorable Garland E. Burrell, Jr., is vacated.

      2. A Status (Pretrial Scheduling) Conference is set for **July 30, 2010 at 11:00 a.m.** before the undersigned in Courtroom No. 27.

      3. The parties shall file a joint status report on or before July 23, 2010.

/////

/////

4. The parties' joint status report shall address the following matters:

a. Possible joinder of additional parties;

b. Any expected or desired amendment of the pleadings;

c. Jurisdiction and venue;

d. Anticipated motions and the scheduling thereof;

e. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

f. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, the scheduling of final pretrial conference and trial, and an estimate of the length of the trial;

g. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

h. Whether the case is related to any other case, including matters in bankruptcy;

i. Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge; and

j. Any other matters that may aid in the just and expeditious disposition of this action.

5. Any party may appear at the status conference telephonically. To arrange telephonic appearance, counsel shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, at least 48 hours prior to the status conference.

DATED: June 11, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\palos1175.ossc